UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jason Lopez,

          Plaintiff,

v.

ARStrat, LLC

          Defendant.

Case No: 2:20-cv-00789-DRH-SIL

**ORDER**

Pursuant to Federal Rule of Civil Procedure 12(h)(3), the Complaint is DISMISSED WITHOUT PREJUDICE. *See Carter v. HealthPort Techs.*, LLC, 882 F.3d 47, 54 (2d Cir. 2016).

The Court directs the Clerk of the Court to enter judgment accordingly and mark this case CLOSED.

SO ORDERED

/s/ Steven I. Locke
_____

Steven I. Locke
United States Magistrate Judge
Central Islip, New York
Dated: October 5, 2022